## United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  26−32446−KLP
**Chapter**  7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Karen Cobbs Jiggetts
400 W. 26th St.
Richmond, VA 23225

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−2990

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on July 16, 2026 dismissing the above−captioned case.

Dated:  July 16, 2026

For the Court,

Charri S Stewart, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                      Case No. 26-32446-KLP

Karen Cobbs Jiggetts                                                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                          User: SarahMelv                          Page 1 of 2

Date Rcvd: Jul 16, 2026                       Form ID: VAN015                         Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen Cobbs Jiggetts, 400 W. 26th St., Richmond, VA 23225-3808 |
| bpp | + | Julie M. Jefferson, 4207 S. Tamiami Trail, Sarasota, FL 34231-3627 |
| 17080312 | + | CAPITAL ONE BANK (USA) CAPITAL ONE QUICKSILVER, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 17080310 | + | CAPITAL ONE BANK CAPITAL ONE MASTERCARD, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 17080311 | + | CAPITAL ONE BANK USA CAPITAL ONE MASTER CARD, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 17080309 | + | CHERSTERFILED COUNTY TREASURER'S OFFICE, COMMISSIONER OF THE REVENUE, PO BOX 2156, RICHMOND, VA 23218-2156 |
| 17080308 | + | CREDIT ONE BANK C/O HALSTED FINANCIAL/LVNV FUNDING, 8001 LINCOLD AVE, SUTE 500, SKOKIE, IL 60077-3695 |
| 17080307 | + | CREDIT ONE BANK C/O LVNV FUNDING, 8001 LINCOLN AVE, SUITE 500, SKOKIE, IL 60077-3657 |
| 17080305 | + | FB&T/MERCURY C/O PCA AQUSITIONS LLC, 1002 JUSTISON ST, WILMINGTON, DE 19801-5148 |
| 17080303 | + | MISSION LANE TAB BANK C/O PRRTFOLIO RECOVERY, PO BOX 12914, NORFOLK, VA 23541-0914 |
| 17080302 | + | NORTH AMERICAN PARTNERS IN ANESTHESIA, 1305 WALT WHITMAN RD, #300, MELVILLE, NY 11747-4300 |
| 17080301 | + | PROSPER/COSTAL COMM, 221 MAIN ST, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 17080300 | + | VACCA FAMILY DENTISTRY C/O SYNERGENIC COMMUNICATIO, 5450 NW CENTERA DR, SUITE 200, HOUSTON, TX 77092-2061 |
| 17080314 | + | WOODLAKE VILLAGE WATERPOINTE APARTMENTS C/O SOLODA, 4825 RADFORD AVE, UNIT 201, RICHMOND, VA 23230-3532 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 17 2026 06:29:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17080313 | + | EDI: CAPONEAUTO.COM | Jul 17 2026 06:29:00 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, CITY OF INDUSTRY, CA 91716-0511 |
| 17080306 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 17 2026 02:44:52 | CROSS RIVER BANK BEST EGG C/O LVNV FUNDING, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 17084123 | + | EDI: AISACG.COM | Jul 17 2026 06:29:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17080304 | + | EDI: IRS.COM | Jul 17 2026 06:29:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 17080301 | + | Email/PDF: ProsperBKDetection@resurgent.com | Jul 17 2026 02:44:56 | PROSPER/COSTAL COMM, 221 MAIN ST, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 17080299 | + | EDI: VERIZONCOMB.COM | Jul 17 2026 06:26:00 | VERIZON, PO BOX 650584, DALLAS, TX 75265-0584 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |
| William Anthony Broscious | wbroscious@wabtrustee.com  ecf.alert+Broscious@titlexi.com |

TOTAL: 2